USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2019



**MEMORANDUM ENDORSED**

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

JAMES E. JOHNSON
*Corporation Counsel*

BRIAN ZAPERT
212-356-2354
bzapert@law.nyc.gov

December 23, 2019

**BY ECF**
Honorable Gregory H. Woods
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re: <u>Perkins v Presley, et al</u>, 18 CV 3590 (GHW)

Your Honor:

On behalf of defendants Presley, Lue, Keller, Tunsil, Torres, Vasquez, Lali, and Dr. Vilabrea in the above-referenced matter, I am writing to request that the pre-motion conference currently scheduled for January 6, 2020 be adjourned to January 15, 2020. This is defendants' first request to adjourn this conference. Plaintiff is *pro se* and incarcerated and I have been unable to ascertain his position.

The reason for this request is that I have a trial scheduled to begin on January 6, 2020, and will be unable to attend a conference during the week of January 6, 2020.

Therefore, defendants respectfully request that the pre-motion conference currently scheduled for January 6, 2020 be adjourned to January 15, 2020. Thank you for your consideration of this request.

Respectfully submitted,

Brian Zapert
Senior Counsel

cc: All counsel of record (via mail)

---

Application granted. The pre-motion conference scheduled for January 6, 2020 is adjourned to January 15, 2020 at 3 p.m. The Court will also take up the discovery issues raised in Plaintiff's December 19, 2019 letter, Dkt No. 63, at the same conference.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: December 26, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge