USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
   DERRICK PERKINS,

                                Plaintiff,      1:18-cv-3590-GHW

            -v -                              ORDER

   ADA PRESLEY, WARDEN NYCDOCS,
   CAPTAIN TUNSIL, FOOD SERVICE SUP,
   NYCDOCS, CAPTAIN LUE, NYCDOCS,
   CAPTAIN KELLER, NYCDOCS,
   CORRECTION OFFICER LANI, NYCDOCS,
   DAVID VILABREA, MEDICAL DOCTOR,
   NYCDOCS, CORRECTION OFFICER
   TORRES, NYCDOCS, CAPTAIN VASQUEZ,
   NYCDOCS,

                               Defendants.
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       On December 27, 2019, the Court issued an order adjourning the pre-motion conference scheduled for January 6, 2020 to January 15, 2020 at 3 p.m.

       Therefore, it is hereby ORDERED that all parties appear via telephone for a telephonic conference on **January 15, 2020 at 3 p.m.**

       IT IS FURTHER ORDERED that the Warden or other official in charge of the George R. Vierno Center produce Derrick Perkins, inmate number 4411605333, on January 15, 2020, no later than **3 p.m.** to a suitable location within the George R. Vierno Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at 212-805-0296.

       Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be

reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail.

SO ORDERED.

Dated: December 27, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge