USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
DERRICK PERKINS, :
:
                                Plaintiff, :      1:18-cv-3590-GHW
:
                -v - :      <u>ORDER</u>
:
ADA PRESLEY, WARDEN NYCDOCS, :
CAPTAIN TUNSIL, FOOD SERVICE SUP, :
NYCDOCS, CAPTAIN LUE, NYCDOCS, :
CAPTAIN KELLER, NYCDOCS, :
CORRECTION OFFICER LANI, NYCDOCS, :
DAVID VILABREA, MEDICAL DOCTOR, :
NYCDOCS, CORRECTION OFFICER :
TORRES, NYCDOCS, CAPTAIN VASQUEZ, :
NYCDOCS, :
:
                                Defendants. :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       In Plaintiff's letter to the court dated December 10, 2019, Dkt No. 63, he raises objections to Defendants' interrogatories. To enable the Court to engage the parties in a meaningful conversation about these responses, Defendants are ordered to file the interrogatories at issue on ECF no later than the start of the conference scheduled for January 15, 2020 at 3 p.m.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail.

       SO ORDERED.

Dated: January 13, 2020
New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge