USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                            :
    DERRICK PERKINS,                                        :
                                                            :
                                        Plaintiff,          :          1:18-cv-3590-GHW
                                                            :
                        -v -                                 :             ORDER
                                                            :
    ADA PRESLEY, WARDEN NYCDOCS,                            :
    CAPTAIN TUNSIL, FOOD SERVICE SUP,                       :
    NYCDOCS, CAPTAIN LUE, NYCDOCS,                          :
    CAPTAIN KELLER, NYCDOCS,                                :
    CORRECTION OFFICER LANI, NYCDOCS,                       :
    DAVID VILABREA, MEDICAL DOCTOR,                         :
    NYCDOCS, CORRECTION OFFICER                             :
    TORRES, NYCDOCS, CAPTAIN VASQUEZ,                       :
    NYCDOCS,                                                :
                                                            :
                                        Defendants.         :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

        On January 15, 2020, the Court received a letter submitted by Mr. Perkins opposing

Defendants' proposed motion for summary judgment. As discussed on the record during the

telephone conference held on January 15, 2020, Defendants have not submitted a motion for

summary judgment. The Court will consider any such motion and Mr. Perkins' opposition when it

is filed. The Court will not, however, consider Mr. Perkins' letter in connection with the briefing of

that motion. Mr. Perkins is directed to submit his arguments and any facts in opposition to the

motion for summary judgment in his briefing on that motion after it has been filed.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first-class and certified mail.

SO ORDERED.

Dated: January 21, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge