```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DERRICK PERKINS,

                Plaintiff,

          -against-

ADA PRESLEY, Warden NYCDOCS; CAPTAIN TUNSIL, Food Service Supervisor, NYCDOCS; CAPTAIN LUE, NYCDOCS; CAPTAIN KELLER, NYCDOCS; CORRECTION OFFICER LANI, NYCDOCS, DAVID VILABREA, Medical Doctor, NYCDOCS; CORRECTION OFFICER TORRES, NYCDOCS; CAPTAIN VASQUEZ, NYCDOCS,

                Defendants.

1:18-cv-03590-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a letter from Plaintiff, who is proceeding *pro se*, dated September 1, 2020, and filed on the docket September 15, 2020, claiming Defendants have not complied with the Court's Order dated August 18, 2020 [ECF No. 83]. In that Order, the Court directed Defendants to send to Plaintiff by mail identifying information of other inmates discussed at the conference and the video footage preservation policy of the correctional facility [ECF No. 82].

Accordingly, it is hereby ORDERED that Defendants shall file a response to Plaintiff's letter via ECF on or before **September 21, 2020**, and mail a copy to Plaintiff.

**Failure to comply with this Order and the deadlines set forth herein may result in sanctions, including preclusion at trial of information not provided or dismissal of claims or defenses.**

The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

**Date: September 16, 2020**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge