UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/4/2022___
```

---

DERRICK PERKINS,

               Plaintiff,

        -against-

ADA PRESLEY, Warden NYCDOCS; CAPTAIN
TUNSIL, Food Service Supervisor, NYCDOCS;
CAPTAIN LUE, NYCDOCS; CAPTAIN KELLER,
NYCDOCS; CORRECTION OFFICER LANI,
NYCDOCS; DAVID VILABREA, Medical Doctor,
NYCDOCS; CORRECTION OFFICER TORRES,
NYCDOCS; CAPTAIN VASQUEZ, NYCDOCS,

               Defendants.

1:18-cv-03590-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On June 28, 2021, Defendants moved for summary judgment on *pro se* Plaintiff Derrick

Perkins' claims.  [ECF No. 94].  In support of their motion, Defendants filed, *inter alia*, a Local

Civil Rule 56.1 Statement.  [ECF No. 94-3].  In opposition to Defendants' motion, Plaintiff filed a

Rule 56.1 Counter-Statement.  [ECF No. 95].  Defendants filed subsequently filed a Rule 56.1

Reply Statement.  [ECF No. 96].

The Court has reviewed the filings and it appears that Plaintiff's Rule 56.1 Counter-

Statement filed on ECF was scanned improperly and that portions of the Counter-Statement have

been cut off.  [*See* ECF No. 95].  However, it appears that the version of Plaintiff's Rule 56.1

Counter-Statement served on Defendants was complete as Defendants were able to incorporate all

of Plaintiff's Rule 56.1 Counter-Statement in their Rule 56.1 Reply Statement.  [*See* ECF No. 96].

As such, on or before January 12, 2022, Defendants are directed to file on ECF a copy of

Plaintiff's Rule 56.1 Counter-Statement served on them.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Date:  January 4, 2022**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**