UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DERRICK PERKINS,

                Plaintiff,

   -against-

ADA PRESLEY, WARDEN NYCDOCS,
CAPTAIN TUNSIL, FOOD SERVICE SUP,
NYCDOCS, CAPTAIN LUE, NYCDOCS,
CAPTAIN KELLER, NYCDOCS,
CORRECTION OFFICER LANI,
NYCDOCS, DAVID VILABREA, MEDICAL
DOCTOR, NYCDOCS, CORRECTON
OFFICER TORRES, NYC DOCS, CAPTAIN
VAZQUEZ, NYCDOCS,

                Defendants.
-------------------------------------------------------------X

18 CIVIL 3590 (MKV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2022, the Court, having liberally construed Plaintiff's Complaint, can find no set of facts establishing that Plaintiff's constitutional rights were deprived by the named Defendants. As such, Defendants' Motion for Summary Judgment is GRANTED and this case is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York

       March 14, 2022

                                    RUBY J. KRAJICK

                                    Clerk of Court

                BY: _____
                                    Deputy Clerk